UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:15-mc-20617-DPG

MICHAEL WILLIAMSON, et al.,

    Plaintiffs,

    -vs-

RECOVERY LIMITED
PARTNERSHIP, et al.,

    Defendants.

_____/

## WRIT OF GARNISHMENT

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:

    **You are hereby commanded** to summon the Garnishee, the *United States Marshals Service at 701 Clematis Street, #215, West Palm Beach, FL 33401*, to serve an answer on counsel for Plaintiff The Dispatch Printing Company, whose address is 777 South Flagler Drive, Suite 500 East, West Palm Beach, FL 33401, within **TWENTY (20) DAYS** after service on the Garnishee, exclusive of the day of service, and to file the original with the Clerk of the Court, either before service on the attorney or immediately thereafter, stating **whether the Garnishee is indebted to the Defendant, THOMAS G. THOMPSON, or whether there is any bank account where THOMAS G. THOMPSON, is a signatory,** at the time of the answer, or was indebted at the time of the service of the Writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendant, **THOMAS G. THOMPSON**, the Garnishee has in its possession or control at the time of the Answer or had at the service of this Writ, or at any time between such times, and whether the Garnishee knows of any person indebted to the Defendant, **THOMAS G. THOMPSON,** or who may have any of the property of the Defendant in its possession or control.

The amount set in Plaintiff's Motion is $134,500.60.

**WITNESS MY HAND** and the seal of this Court this the ___10th___ day of ___March___, 2015.

_s/ L. Harris_ , Deputy clerk

By: ___Steven M. Larimore___
　　　Clerk of Court

WPB_ACTIVE 6291234.1